14cv4562 DWF/FLN

RECEIVED BY MAIL
OCT 30 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tanya Langama

Plaintiff(s),

vs. Dr. Buchwald,
Fairview Un Hospital
North Memorial Hospital
Dr. Gregory J Vitas
Dr. Nathan Noznesky

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

Case No. _____
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES [✓]   NO [ ]

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: TANYA Renee LANGAMA
   Street Address: 5501 Boone Ave. North #202
   County, City: Hennepin, NewHope
   State & Zip Code: Minnesota, 55428
   Telephone Number: (612) 207-4014

SCANNED
OCT 30 2014
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name North Memorial Hospital
   Street Address 3300 Oakdale Ave. North
   County, City Hennepin, Robbinsdale
   State & Zip Code Minnesota,

   b. Defendant No. 2

   Name Dr. Gregory J. Vitas
   Street Address 3366 Oakdale Ave N #502
   County, City Hennepin,
   State & Zip Code Robbinsdale,

   c. Defendant No. 3

   Name Dr. Nathan Noznesky
   Street Address 1601 Golf Course Road
   County, City Itasca, Grand Rapids
   State & Zip Code Minnesota,

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached:☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Question     ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.


5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: TANYA R. LANGAMA   State of Citizenship: Citizen

   Defendant No. 1: Dr. Gregory J. Vitas   State of Citizenship: Citizen

   Defendant No. 2: Dr. Nathan Noznesky   State of Citizenship: Citizen

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☑ Defendant(s) reside in Minnesota     ☑ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain


STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

① In paragraph 20-22 of the expert review it states how, where and when I was harmed.

3

5. Diversity of Citizenship
3. Dr. Henery Buchwald - citizen
4. Dr. Norman Noznesky - citizen

**RECEIVED BY MAIL**
OCT 30 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Tanya L___

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Please refer to lines 20-22 of the expert review.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I am seeking a jury trail and I am disable for the rest of my life. I would like to have a compensation of $15,000,000. I believe this is a compensation that is well desirued with a lifetime of body injury.

Signed this 13th   day of October 2014

Signature of Plaintiff _Tanya R Sangame_
Mailing Address  5501 Boone Ave. N #202
                 New Hope, MN 55428

Telephone Number (612-207-4014)

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.