Honorable Judge's

RECEIVED
BY MAIL
OCT 30 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

RECEIVED
BY MAIL
OCT 23 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

My name is Tanya R. Langama and the reason that I am writing this letter to you is because I have a medical condition that was caused by some doctors who performed a surgery on me. I have had to have 4 major surgeries on my stomach and intestines, which has left me with 6 – 8 feet of intestines (the normal length of a human intestine is approximately 24 feet) and my stomach is now the size of a person's thumb. I became upset and depressed because now whenever I eat or drink anything, I have to almost immediately run to the bathroom and defecate. I cannot live a normal life because of this.

I decided to start a lawsuit on the responsible parties, because of the botched surgeries. I filed the necessary paperwork 2 days before the statute of limitations ran out. My case was heard by the Honorable Judge Bruce Peterson and the other parties involved, tried to get the case thrown out. But God is good and the Honorable Judge Peterson said that my case had merit and told me that it should go forward. He advised me to get an attorney and had his secretary to help me with a letter. To God be the glory, that I found an attorney and he took my case. The attorney had to file the papers on my behalf and they did it on time. They took the papers to Judge Bruce Peterson and he suggested that North Memorial Hospital and two other doctors that performed the botched surgery, that left me disabled for life, be added to the lawsuit.

We have gotten to the point of getting an Expert of Opinion that legally states North Memorial Hospital and the two doctors that performed the surgeries are the ones that caused my life debilitating condition, which is called short gut syndrome). With short gut syndrome, you have to defecate 10 – 20 times a day, and that is on a good day. It also causes you to be weak and fatigued. So, to make a long story short, Judge Peterson was removed from the case and was replaced by the Honorable Judge Alton.

Your honor, Judge Alton never gave us a day to hear our case that I am aware of. She did the total opposite of the Honorable Judge Peterson with not allowing North Memorial Hospital and the two other doctors that performed the surgeries on me. We filed an appeal and we were told that Judge Alton needed to make a ruling on my case and she never did. We have gone back and forth with the Honorable Judge Alton and her not making a ruling on my case. We are at the point where enough is enough. We were shocked and don't even understand why she would reverse what the Honorable Judge Peterson said. I didn't think that people of the court would go over their fellow judges' decisions and do the opposite.

The Honorable Judge Alton believed that we did not file some of the papers and serve the parties involved on time, but the system to filing has changed to an electronic filing system and everything was filed on time. She overlooked that fact and refuses to admit that she has made a mistake in this matter and refuses to allow us to have a jury trial, by always not making a decision on my case.

Your Honor, I am 40 years old and I am an honest, hardworking, God fearing lady with no reason to lie to you. Before all of this happened to me, I lived a normal productive life. I used to work two full time and one part time job. I used to have a social life. Now, I am almost confined to my home, not able to work or have any kind of normal life, because of this condition that I have because of these doctors and North Memorial Hospital. I have lost my home, my husband and friends because of all of this. I had to end up going to the Mayo clinic in Rochester, MN and have them reattach my

stomach, something that Dr. Henry Buckwald failed to do during two different surgeries and that left bacteria in my body and caused me to become deathly ill. Dr. Michael Sarr at Mayo clinic found his errors and corrected them and was shocked that a doctor would leave me in such a state. I would love to have Dr. Michael Sarr be involved in this case, but Mayo clinic does not get involved with lawsuits.

Your honor, if you were to see me I may look good even beautiful on the outside, but I am very sick on the inside, because of all of this. I never in my life imagined that I would become disabled at this young age. I used to live a comfortable, independent life.

Sir, I am asking that you please take time and look into this and allow us to have a jury trial with another judge on this case that will look at it with a clean perspective and not biased in anyway. I am asking that you restore my faith in our legal system and allow us to have a jury trial and have the parties involved (the doctors that performed the botched surgeries, Fairview University and North Memorial Hospital) pay for their negligence before they injury or kill anyone else. They should be held accountable for taking away my independence and causing me this hurt and suffering that I must endure on a daily basis for the rest of my life all because of their negligence. Your honor, I have to take 15 different kinds of medications each and every morning in order to function through the day, I have to always be close to a bathroom, because of the many times I must defecate, and I am also now a diabetic I have told you about my life before and after these surgeries.

Your Honor, I can promise you that this will not be a waste of your time or the courts time to help me with this. It will be proven with all of the supporting documentation that I am disabled for life, because of the doctors and North Memorial's negligence.

Thank you for your time and understanding in this.


Very Respectfully,

*[signature]*

Tanya R. Langama

stomach, something that Dr. Henry Buckwald failed to do during two different surgeries and that left bacteria in my body and caused me to become deathly ill. Dr. Michael Sarr at Mayo clinic found his errors and corrected them and was shocked that a doctor would leave me in such a state. I would love to have Dr. Michael Sarr be involved in this case, but Mayo clinic does not get involved with lawsuits.

Your honor, if you were to see me I may look good even beautiful on the outside, but I am very sick on the inside, because of all of this. I never in my life imagined that I would become disabled at this young age. I used to live a comfortable, independent life.

Sir, I am asking that you please take time and look into this and allow us to have a jury trial with another judge on this case that will look at it with a clean perspective and not biased in anyway. I am asking that you restore my faith in our legal system and allow us to have a jury trial and have the parties involved (the doctors that performed the botched surgeries, Fairview University and North Memorial Hospital) pay for their negligence before they injury or kill anyone else. They should be held accountable for taking away my independence and causing me this hurt and suffering that I must endure on a daily basis for the rest of my life all because of their negligence. Your honor, I have to take 15 different kinds of medications each and every morning in order to function through the day, I have to always be close to a bathroom, because of the many times I must defecate, and I am also now a diabetic I have told you about my life before and after these surgeries.

Your Honor, I can promise you that this will not be a waste of your time or the courts time to help me with this. It will be proven with all of the supporting documentation that I am disabled for life, because of the doctors and North Memorial's negligence.

Thank you for your time and understanding in this.


Very Respectfully,

*[signature]*


Tanya R. Langama