CASE 0:14-cv-04562-DWF-FLN   Document 5   Filed 12/15/14   Page 1 of 2

**RECEIVED**
DEC 15 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tanya R. Langama
  Plaintiff(s),

vs.

North Memorial Hospital
Dr. Gregory U. Vitas
Dr. Nathan Noznesky
Fairview University U of M Hospital
Dr. Henery Buchwald

  Defendant(s).

Case No. 14cv4562 DWF/FLN

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that the following parties (provide the names of all parties who are filing an appeal): Tanya R Langama

in the above-named case appeal to the United States Court of Appeals for the Eighth Circuit. The above-named parties appeal from the Order of the District Court (indicate whether the appeal is from a *judgment* or an *order* of the District Court) of the U.S. District Court for the District of Minnesota that was entered on November 14th 2014 (date judgment or order was entered) that: ① Plaintiffs Application Proceed IN District Court without Prepaying fees or Costs (Docket No. 2) Be Denied

② This matter be Dismissed without prejudice for lack of subject matter jurisdiction

SCANNED
DEC 15 2014
U.S. DISTRICT COURT ST. PAUL

(If the appeal is from an *order*, provide brief explanation, below, of the District Court's decision in the order. If you are appealing only a portion of the judgment or order, indicate below which part of the judgment or order you are appealing). I am appealing the whole order because fact's was given on the expret of opion. and they were over looked by Judge Atton. Judge Bruce Peterson said the case had merit and allowed me to add North Memorial and its party of Dr's and allow the case to go on. I am disabled for the rest of my life because of these Dr's mistake and poor judgement. Also district courts generally lack subject matter jurisdiction over attempted appeals from state courts

Signed this 14th day of 2014,

Signature of Party     Sonya Renee Longpens

Mailing Address     5501 Boone Ave N Apt 202
New Hope Mn. 55428

Telephone Number   612-207-4014

Note: All parties filing the appeal must date and sign the Notice of Appeal and provide his/her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his/her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.