# UNITED STATES DISTRICT COURT
## District of Minnesota

Tanya Langama

                    Plaintiff,

v.

Dr. Buchwald, Fairview Hospital;
North Memorial Hospital;
Dr. Gregory J. Vitas; and
Dr. Nathan Noznesky,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  14cv4562 DWF/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Magistrate Judge Franklin L. Noel's November 14, 2014 Report and Recommendation (Doc. No. [3]) is **ADOPTED**.
2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. [2]) is **DENIED AS MOOT**.
3. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.
4. Additionally, **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis on Appeal (Doc. No. [6]) is **GRANTED**.

Date: December 31, 2014

RICHARD D. SLETTEN, CLERK

s/Katie Thompson

(By)  Katie Thompson, Deputy Clerk