# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1062

Tanya R. Langama

Appellant

v.

Dr. Henry Buchwald, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-cv-04562-DWF)
_____

**MANDATE**

In accordance with the judgment of 03/19/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 27, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit